IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTOPHER S. HOLMAN                           PLAINTIFF

v.                    Case No. 2:16-CV-2006

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                    DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 16) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 24th day of February, 2017.

/s/ P. K. Holmes, III
    P. K. HOLMES, III
    CHIEF U.S. DISTRICT JUDGE